FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TAYRON YOUDICES FIGUEROA-MEZQUITA, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER Jr., Attorney General, <br><br> Respondent. | No. 07-70513 <br><br> Agency No. A095-123-140 <br><br> MEMORANDUM<sup>*</sup> |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 11, 2010<sup>**</sup>

Before:    BEEZER, TROTT, and BYBEE, Circuit Judges.

Tayron Youdices Figueroa-Mezquita, a native and citizen of El Salvador,

petitions pro se for review of the Board of Immigration Appeals' ("BIA") order

dismissing his appeal from an immigration judge's ("IJ") order denying his

---

<sup>*</sup>    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

<sup>**</sup>    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

application asylum and withholding of removal. We dismiss the petition for review.

Figueroa-Mezquita failed to challenge the IJ's denial of asylum and withholding of removal before the BIA. Therefore, these issues are not exhausted, and we lack jurisdiction to review them. *See Barron v. Ashcroft*, 358 F.3d 674, 676–77 (9th Cir. 2004) (holding that a petitioner's failure to raise an issue to the BIA generally constitutes a failure to exhaust, thus depriving this court of jurisdiction to consider the issue).

**PETITION FOR REVIEW DISMISSED.**